UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14069-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MARK ALAN YODER,
    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Defendant's Notice to Court which is construed as a Motion to Proceed *Pro Se* (D.E. 26). Magistrate Judge Frank J. Lynch, Jr. held a hearing on defendant's motion on January 20, 2016. The Court has carefully reviewed the Report and Recommendation (D.E. 34) and no objections having been filed, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Frank J. Lynch, Jr., (**D.E. 34**) is hereby **ADOPTED in its entirety**. It is further

**ORDERED AND ADJUDGED** that Defendant's Notice to Court (**D.E. 26**) which is construed as a Motion to Proceed *Pro Se* is hereby **GRANTED**. The Office of the Federal Public Defender is hereby relieved from any further responsibilities in representing the Defendant in this matter.

**DONE AND ORDERED** in West Palm Beach, Florida, this ___ day of January, 2016.

Donald M. Middlebrooks
United States District Judge

cc:    Hon. Frank J. Lynch, Jr.
        Counsel of Record
        Mark Alan Yoder, *Pro Se*